**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Janet Roper,<br><br>Plaintiff,<br><br>vs.<br><br>Frederick J. Hanna & Associates, P.C., *a foreign professional corporation*,<br><br>Defendant. | CIVIL FILE NO.: 11-CV-2709 (PAM/JSM)<br><br>**ORDER** |

Based upon the Plaintiff's Notice of Voluntary Dismissal With Prejudice as to Defendant.

**IT IS HEREBY ORDERED**, that Plaintiff's claims against Defendant are hereby **DISMISSED** in their entirety, on the merits and **WITH PREJUDICE.** Each party shall bear their own costs and attorneys' fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: October 19, 2011         s/Paul A. Magnuson
                                Paul A. Magnuson
                                United States District Court Judge